UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re Application of QUADRE INVESTMENTS, L.P.,

CASE NO. : 3:23-MC-00795-KSC

Petitioner, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

## RETURN OF SERVICE

State of California }
County of San Diego } ss.:

I am not a party herein, is over 18 years of age and resides in the state of California,

That on **05/13/2023** at **7:40 AM** at **1710 Bella Laguna Ct., Encinitas, CA 92024-1291**

I served a(n) **(1) Application For An Order Pursuant To 28 U.S.C. § 1782 To Conduct Discovery For Use In A Foreign Proceeding, (2) Civil Cover Sheet, (3) Memorandum of Law in Support of the Application for an Order Under 28 U.S.C. § 1782, (4) Declaration of Duane L. Loft in Support of the Application for an Order Under 28 U.S.C. § 1782 with Exhibits 1-5, (5) Declaration of Tyler Burtis in Support of the Application for an Order Under 28 U.S.C. § 1782 with Exhibit 1, (6) Declaration of Rocco Cecere in Support of the Application for an Order Under 28 U.S.C. § 1782 with Exhibits A-Q, (7) Proposed Order, (8) Court order dated May 10, 2023**

on **Patrick Dillon,** respondent therein named,

by delivering a true copy of each to said respondent personally;

I knew the person so served to be the person described as said respondent therein.

<u>Description of Person Served:</u>
Gender: Male
Skin: White
Hair: Black
Age: 30 - 40 Yrs.
Height: 5' 6" - 5' 9"
Weight: 161-200 Lbs.
Other:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Date: May 15, 2023

_____
Daniel Chasse
San Diego County Reg. No. 3653