# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of QUADRE INVESTMENTS, L.P., Petitioner, for an Order Under 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No.: 23-mc-795-DMS-KSC<br><br>**ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL DOC. NO. 22** |

Petitioner Quadre Investments, L.P. ("Quadre") has filed a Motion to File Documents Under Seal In Support of Reply Memorandum in Support of Application for an Order under 28 U.S.C. § 1782. Doc. No. 23. The documents at issue belong to Morgan Stanley & Co. LLC ("Morgan Stanley"), a third-party to this proceeding. Quadre requests the documents be sealed because "(e)ach document has been designated as [Morgan Stanley's] confidential business records pursuant to a protective order in other litigation . . . [and Morgan Stanley] requested that Petitioner file each of the fully-redacted documents under seal to protect its confidential business information." Doc. No. 23-1 at 2, ¶¶ 5-6.

The right of the public "'to inspect and copy … judicial records and documents'" is well established. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)). The Court starts with "a 'strong presumption in favor of access,'" which the party seeking sealing "bears

the burden of overcoming." *Id*. Where, as here, the documents to be sealed are attached to a non-dispositive discovery motion, the party requesting sealing must make a "'particularized showing'" of "'good cause.'" *Id*. at 1180 (citation omitted). A party's designation of a document as confidential pursuant to a protective order does not, standing alone, establish sufficient grounds to seal a filed document. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1133 (9th Cir. 2003); *see also Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

In response to the Court's Order Requiring Support for Motion to File Documents Under Seal, Morgan Stanley filed a Notice of Withdrawal of Designations, "provid[ing] the Court with notice of the withdrawal of the confidentiality designations of the [Morgan Stanley] Documents and consent to the unsealing of the [Morgan Stanley] Documents."

Because no party has made the requisite particularized showing of good cause for sealing, Quadre's Motion to Seal is **DENIED**.

Dated: October 27, 2023

Hon. Karen S. Crawford
United States Magistrate Judge